USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/19

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

November 21, 2019

**Via ECF**

Hon. Gregory H. Woods, USDJ
United States District Court, SDNY            **MEMORANDUM ENDORSED**
500 Pearl Street, Courtroom: 9A
New York, NY 10007
Tel: 212-805-0296

Re: <u>Chambers v. Cone Heads Ltd. et al</u>
Case No: 18-CV-07823(GHW)(OTW)
Motion to Adjourn and Notice of Settlement

Dear Judge Woods:

My firm represents plaintiff in the above-referenced action. I respectfully write on behalf of both sides to notify the Court that the parties have reached a settlement of this action and a motion for settlement approval was filed with the Court. (ECF No. 43). In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines, including the bench trial currently scheduled to start on November 25, 2019.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.        Application granted.  The trial currently scheduled for November 25, 2019 is adjourned *sine die*.

**Cc:** Defense Counsel via ECF

                                  SO ORDERED.

Dated: November 22, 2019          GREGORY H. WOODS
New York, New York                United States District Judge

1